**No. P68/165.**—Bruce Duncan and H. A. Nicol Company *v.* United States, protest 63/10129(B) (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of carburetor parts, dedicated to use on or with internal-combustion engines of the carburetor type, similar in all material respects to those the subject of *Davies*,

*Turner & Co.* v. *United States* (41 Cust. Ct. 306, Abstract 62130), the claim of the plaintiffs was sustained.